Kirtlan G. Naylor [ISB No. 3569]
Jacob H. Naylor [ISB No. 8474]
NAYLOR & HALES, P.C.
Attorneys at Law
950 W. Bannock Street, Ste. 610
Boise, ID 83702
Telephone No. (208) 383-9511
Facsimile No. (208) 383-9516

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REINA RODRIGUEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NORTH IDAHO COLLEGE, a public entity; and DOES I-X,<br><br>Defendants. | Case No. 2:16-cv-430<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties to this Stipulation, by and through their attorneys of record, hereby stipulate and agree that an order shall be entered **dismissing this case with prejudice** with all parties to bear their own costs and fees. By entering into the stipulation, Defendants do not concede to any of the allegations asserted by Plaintiff, and do not admit that any such alleged facts have been proven or are true. Instead, these stipulating parties have agreed to bear their own litigation costs and Plaintiff has agreed to a complete dismissal of this case with prejudice.

/ / /


/ / /

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 1.**

FISHER RAINEY HUDSON

Date: 12/05/2016    */s/ Rebecca A. Rainey*, Of the Firm
Attorneys for Plaintiff

NAYLOR & HALES, P.C.

Date: 12/05/2016    */s/ Kirtlan G. Naylor*, Of the Firm
Attorneys for Defendants

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 2.**