# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REINA RODRIGUEZ, an individual,<br><br>　　Plaintiff,<br><br>v.<br><br>NORTH IDAHO COLLEGE, a public entity; and DOES I-X,<br><br>　　Defendants. | Case No. 2:16-cv-430<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　This matter having come before the Court on stipulation between these parties filed in this matter; and the Court having found good cause;

　　IT IS HEREBY ORDERED that the above-entitled action is dismissed **with prejudice** with each side to bear their own costs and fees.

DATED: **December 6, 2016**

Ronald E. Bush
Chief U. S. Magistrate Judge

**ORDER OF DISMISSAL WITH PREJUDICE - 1.**